George H. ROBINSON, Plaintiff—
Appellant,

v.

J. OKAMOTO, Correctional Officer,
Defendant—Appellee.

No. 01–55543.

D.C. No. CV–99–00110–CGA.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2002.*

Decided Jan. 25, 2002.

Before KLEINFELD, HAWKINS, and
SILVERMAN, Circuit Judges.

MEMORANDUM ***

George H. Robinson, a California state
prisoner, appeals pro se the district court's
summary judgment in favor of the defen-
dant in his 42 U.S.C. § 1983 action alleg-
ing that Okamoto, a correctional officer,
subjected him to excessive force in viola-
tion of the Eighth Amendment by spraying
him with pepper spray after Robinson re-
fused to comply with the officer's com-
mands. We have jurisdiction pursuant to
28 U.S.C. § 1291. We review de novo the
district court's summary judgment, *Bar-*

*nett v. Centoni,* 31 F.3d 813, 815 (9th
Cir.1994) (per curiam), and we affirm.

Summary judgment was proper because
Robinson failed to raise a genuine issue of
material fact as to whether the officer
applied force maliciously and sadistically
for the very purpose of causing harm rath-
er than in a good-faith effort to maintain
or restore discipline. *See Jordan v. Gard-
ner,* 986 F.2d 1521, 1528 (9th Cir.1993).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. See Fed.
R.App. P. 34(a)(2).

*** This disposition is not appropriate for publi-
cation and may not be cited to or by the

courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.

